1  HAMBURG, KARIC, EDWARDS & MARTIN LLP
   GREGG A. MARTIN, ESQ., State Bar No. 135685
2  DAVID M. ALMARAZ, ESQ., State Bar No. 198888
   1900 Avenue of the Stars, Suite 1800
3  Los Angeles, CA 90067
   (310) 552-9292 telephone
4  (310) 552-9291 facsimile

5  Attorneys for PARKRIDGE MAIN LLC

6

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

10
   CHRIS KOHLER,                    )   CASE NO. EDCV11-00026VAP (OPx)
11                                  )
                                    )
12              Plaintiff,          )
                                    )
13       vs.                        )   PARKRIDGE MAIN LLC'S ANSWER TO
                                    )   SECOND AMENDED COMPLAINT
14                                  )
                                    )
15                                  )
                                    )
16 PARKRIDGE MAIN LLC; BURLINGTON   )
   COAT FACTORY OF CALIFORNIA LLC;  )
17 dba BURLINGTON COAT FACTORY PNS  )
   STORES, INC dba BIG LOTS # 04051 )
18                                  )
                                    )
19              Defendants.         )
                                    )
20                                  )
                                    )
21                                  )
   _____  )
22
         Defendant Parkridge Main, LLC ("Defendant") answers Plaintiff's Second Amended
23
   Compliant as follows:
24

25

26

27

28

                                    1
   ─────────────────────────────────────────────────────
              DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT

1.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 1 of the Complaint, and on that basis denies them.

2.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 2 of the Complaint, and on that basis denies them.

3.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 3 of the Complaint, and on that basis denies them.

4.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 4 of the Complaint, and on that basis denies them.

5.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 5 of the Complaint, and on that basis denies them.

6.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 6 of the Complaint, and on that basis denies them.

7.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 7 of the Complaint, and on that basis denies them.

8.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 8 of the Complaint, and on that basis denies them.

9.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 9 of the Complaint, and on that basis denies them.

10.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 10 of the Complaint, and on that basis denies them.

11.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 11 of the Complaint, and on that basis denies them.

12.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 12 of the Complaint, and on that basis denies them.

13.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 13 of the Complaint, and on that basis denies them.

14.      Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 14 of the Complaint, and on that basis denies them.

**DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT**

15.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 15 of the Complaint, and on that basis denies them.

16.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 16 of the Complaint, and on that basis denies them.

17.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 17 of the Complaint, and on that basis denies them.

18.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 18 of the Complaint, and on that basis denies them.

19.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 19 of the Complaint, and on that basis denies them.

20.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 20 of the Complaint, and on that basis denies them.

21.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 21 of the Complaint, and on that basis denies them.

22.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 22 of the Complaint, and on that basis denies them.

23.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 23 of the Complaint, and on that basis denies them.

## FIRST CAUSE OF ACTION

## AMERICAN WITH DISABILITIES ACT OF 1990

### (Denial of Full and Equal Enjoyment of Use)

24.     Defendant incorporates paragraphs 1-23 of this Answer as set forth herein.

25.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 25 of the Complaint, and on that basis denies them.

26.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 26 of the Complaint, and on that basis denies them.

27.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 27 of the Complaint, and on that basis denies them.

3

28.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 28 of the Complaint, and on that basis denies them.

29.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 29 of the Complaint, and on that basis denies them.

30.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 30 of the Complaint, and on that basis denies them.

31.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 31 of the Complaint, and on that basis denies them.

32.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 32 of the Complaint, and on that basis denies them.

33.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 33 of the Complaint, and on that basis denies them.

34.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 34 of the Complaint, and on that basis denies them.

35.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 35 of the Complaint, and on that basis denies them.

36.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 36 of the Complaint, and on that basis denies them.

37.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 37 of the Complaint, and on that basis denies them.

38.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 38 of the Complaint, and on that basis denies them.

39.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 39 of the Complaint, and on that basis denies them.

40.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 40 of the Complaint, and on that basis denies them.

**DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT**

**SECOND CAUSE OF ACTION**

**(DISABLED PERSONS ACT)**

41.     Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause of Action of this Answer as fully set forth herein.

42.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 42 of the Complaint, and on that basis denies them.

43.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 43 of the Complaint, and on that basis denies them.

44.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 44 of the Complaint, and on that basis denies them.

45.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 45 of the Complaint, and on that basis denies them.

46.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 46 of the Complaint, and on that basis denies them.

47.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 47 of the Complaint, and on that basis denies them.

**THIRD CAUSE OF ACTION**

**UNRUH CIVIL RIGHTS ACTS**

48.     Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause of Action and Paragraphs 42-47 of the Second Cause of Action of this Answer as fully set forth herein.

49.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 49 of the Complaint, and on that basis denies them.

50.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 50 of the Complaint, and on that basis denies them.

51.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 51 of the Complaint, and on that basis denies them.

52.     Defendant lacks sufficient information and belief to admit or deny the allegations

5

1    of paragraph 52 of the Complaint, and on that basis denies them.

2        53.    Defendant lacks sufficient information and belief to admit or deny the allegations

3    of paragraph 53 of the Complaint, and on that basis denies them.

4        54.    Defendant lacks sufficient information and belief to admit or deny the allegations

5    of paragraph 54 of the Complaint, and on that basis denies them.

6        55.    Defendant lacks sufficient information and belief to admit or deny the allegations

7    of paragraph 55 of the Complaint, and on that basis denies them.

8                            **FOURTH CAUSE OF ACTION**

9                **DENIAL OF EQUAL ACCESS TO PUBLIC FACILITIES**

10       56.    Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause

11   of Action and Paragraphs 42-47 of the Second Cause of Action and 49-55 of Third Cause of

12   Action of this Answer as fully set forth herein.

13       57.    Defendant lacks sufficient information and belief to admit or deny the allegations

14   of paragraph 57 of the Complaint, and on that basis denies them.

15       58.    Defendant lacks sufficient information and belief to admit or deny the allegations

16   of paragraph 58 of the Complaint, and on that basis denies them.

17       59.    Defendant lacks sufficient information and belief to admit or deny the allegations

18   of paragraph 59 of the Complaint, and on that basis denies them.

19       60.    Defendant lacks sufficient information and belief to admit or deny the allegations

20   of paragraph 60 of the Complaint, and on that basis denies them.

21                            **FIFTH CAUSE OF ACTION**

22                **AMERICAN WITH DISABILITIES ACT 1990**

23       61.    Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause

24   of Action and Paragraphs 42-47 of the Second Cause of Action and 49-55 of Third Cause of

25   Action 57-60 of the Fourth Cause of Action of this Answer as fully set forth herein.

26       62.    Defendant lacks sufficient information and belief to admit or deny the allegations

27   of paragraph 62 of the Complaint, and on that basis denies them.

28       63.    Defendant lacks sufficient information and belief to admit or deny the allegations

**DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT**

1   of paragraph 63 of the Complaint, and on that basis denies them.

2       64.     Defendant lacks sufficient information and belief to admit or deny the allegations

3   of paragraph 64 of the Complaint, and on that basis denies them.

4       65.     Defendant lacks sufficient information and belief to admit or deny the allegations

5   of paragraph 65 of the Complaint, and on that basis denies them.

6       66.     Defendant lacks sufficient information and belief to admit or deny the allegations

7   of paragraph 66 of the Complaint, and on that basis denies them.

8       67.     Defendant lacks sufficient information and belief to admit or deny the allegations

9   of paragraph 67 of the Complaint, and on that basis denies them.

10      68.     Defendant lacks sufficient information and belief to admit or deny the allegations

11  of paragraph 68 of the Complaint, and on that basis denies them.

12      69.     Defendant lacks sufficient information and belief to admit or deny the allegations

13  of paragraph 69 of the Complaint, and on that basis denies them.

14      70.     Defendant lacks sufficient information and belief to admit or deny the allegations

15  of paragraph 70 of the Complaint, and on that basis denies them.

16      71.     Defendant lacks sufficient information and belief to admit or deny the allegations

17  of paragraph 71 of the Complaint, and on that basis denies them.

18      72.     Defendant lacks sufficient information and belief to admit or deny the allegations

19  of paragraph 72 of the Complaint, and on that basis denies them.

20      73.     Defendant lacks sufficient information and belief to admit or deny the allegations

21  of paragraph 73 of the Complaint, and on that basis denies them.

22      74.     Defendant lacks sufficient information and belief to admit or deny the allegations

23  of paragraph 74 of the Complaint, and on that basis denies them.

24      75.     Defendant lacks sufficient information and belief to admit or deny the allegations

25  of paragraph 75 of the Complaint, and on that basis denies them.

26      76.     Defendant lacks sufficient information and belief to admit or deny the allegations

27  of paragraph 76 of the Complaint, and on that basis denies them.

28      77.     Defendant lacks sufficient information and belief to admit or deny the allegations

1    of paragraph 77 of the Complaint, and on that basis denies them.

2                           **SIXTH CAUSE OF ACTION**

3                           **DISABLED PERSONS ACT**

4            78.    Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause

5    of Action and Paragraphs 42-47 of the Second Cause of Action and 49-55 of Third Cause of

6    Action 57-60 of the Fourth Cause of Action and Paragraphs 62-77 of the Fifth Cause of Action of

7    this Answer as fully set forth herein.

8            79.    Defendant lacks sufficient information and belief to admit or deny the allegations

9    of paragraph 79 of the Complaint, and on that basis denies them.

10           80.    Defendant lacks sufficient information and belief to admit or deny the allegations

11   of paragraph 80 of the Complaint, and on that basis denies them.

12           81.    Defendant lacks sufficient information and belief to admit or deny the allegations

13   of paragraph 81 of the Complaint, and on that basis denies them.

14           82.    Defendant lacks sufficient information and belief to admit or deny the allegations

15   of paragraph 82 of the Complaint, and on that basis denies them.

16           83.    Defendant lacks sufficient information and belief to admit or deny the allegations

17   of paragraph 83 of the Complaint, and on that basis denies them.

18           84.    Defendant lacks sufficient information and belief to admit or deny the allegations

19   of paragraph 84 of the Complaint, and on that basis denies them.

20                          **SEVENTH CAUSE OF ACTION**

21                          **UNRUH CIVIL RIGHTS CLAIM**

22           85.    Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause

23   of Action and Paragraphs 42-47 of the Second Cause of Action and 49-55 of Third Cause of

24   Action 57-60 of the Fourth Cause of Action and Paragraphs 62-77 of the Fifth Cause of Action

25   and 79-84 of the Sixth Cause of Action of this Answer as fully set forth herein.

26           86.    Defendant lacks sufficient information and belief to admit or deny the allegations

27   of paragraph 86 of the Complaint, and on that basis denies them.

28           87.    Defendant lacks sufficient information and belief to admit or deny the allegations

8

**DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT**

of paragraph 87 of the Complaint, and on that basis denies them.

88.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 88 of the Complaint, and on that basis denies them.

89.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 89 of the Complaint, and on that basis denies them.

90.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 90 of the Complaint, and on that basis denies them.

91.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 91 of the Complaint, and on that basis denies them.

92.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 92 of the Complaint, and on that basis denies them.

## EIGHTH CAUSE OF ACTION

## DENIAL OF FULL AND EQUAL ACCESS TO PUBLIC FACILITIES

93.     Defendant incorporates paragraphs 1-23 and Paragraphs 25-40 of the First Cause of Action and Paragraphs 42-47 of the Second Cause of Action and 49-55 of Third Cause of Action 57-60 of the Fourth Cause of Action and Paragraphs 62-77 of the Fifth Cause of Action and 79-84 of the Sixth Cause of Action and 86-97 of the Eight Cause of Action of this Answer as fully set forth herein.

94.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 94 of the Complaint, and on that basis denies them.

95.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 95 of the Complaint, and on that basis denies them.

96.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 96 of the Complaint, and on that basis denies them.

97.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 97 of the Complaint, and on that basis denies them.

## FIRST AFFIRMATIVE DEFENSE

98.     The Complaint fails to state claim upon which relief can be granted.

9

**SECOND AFFIRMATIVE DEFENSE**

99.    Defendant avers and alleges that it is not obligated to make changes to its property that are not readily achievable.

**THIRD AFFIRMATIVE DEFENSE**

100.    Defendant avers and alleges that Plaintiff does not have a private right of action pursuant to Title III of the American with Disabilities Act of 1990 because he does not have reasonable grounds for believing that he was about to the subjected to discrimination and he did not have actual notice that Defendant did not intend to comply with the ADA.

**FOURTH AFFIRMATIVE DEFENSE**

101.    Defendant avers and alleges that its property does not present an architectural barrier prohibited under the ADA or that the removal of any such barrier is readily achievable.

**FIFTH AFFIRMATIVE DEFENSE**

102.    Defendant avers and alleges that Plaintiff's claims are barred by the doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

103.    Defendant avers and alleges that Plaintiff's claims are barred by the applicable Statute of Limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

104.    Defendant avers and alleges that its conduct is not the proximate cause of Plaintiff's alleged injuries.

**EIGHT AFFIRMATIVE DEFENSE**

105.    Without admitting that Plaintiff has suffered any injury or damages whatsoever, Defendant avers and alleges that any such injury or damages were caused by Plaintiff's own contributory negligence and/or Plaintiff's own contributing failure to act in good faith toward Defendant.  Plaintiff's recoverable damages, if any, must be reduced by the percentage of total fault for which Plaintiff is responsible.

DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT

## NINTH AFFIRMATIVE DEFENSE

106.    Without admitting that Plaintiff has suffered any injury or damages, Defendant avers and alleges that any such injury or damages were  caused by the acts and/or omissions of third parties other than Defendant.  Defendant requests that an allocation of such negligence and conduct be made among such other parties, and if any liability is found on the part of the Defendant, that judgment against Defendant be only in an amount which is proportionate to the extent or percentage by which its acts or omissions contributed to the alleged injuries and damages.

## TENTH AFFIRMATIVE DEFENSE

107.     Defendant avers and alleges that the Complaint, and each purported cause of action alleged therein, is barred because Plaintiff is estopped by his own conduct to claim any right to damages or any relief and regulations.

## ELEVENTH AFFIRMATIVE DEFENSE

108.    Defendant's business practice is not unlawful in that Defendant has complied with all applicable statutes and regulations.

## TWELFTH AFFIRMATIVE DEFENSE

109.    Defendant's business practice is not unfair within the meaning of Business and Professions Code Section 17200.

## THIRTEENTH AFFIRMATIVE DEFENSE

110.    Defendant's business practice is and was not likely to mislead the public.

## FOURTEENTH AFFIRMATIVE DEFENSE

111.    Plaintiff's causes of action, and each of them, and his injuctive and restitution remedies, are barred in light of the fact that Plaintiff and members of the general public have an adequate remedy law.

## FIFTEENTH AFFIRMATIVE DEFENSE

112.    The Complaint, and each and every cause of action contained therein, is barred in whole or in part because Defendant has substantially complied with any and all applicable statutes, regulations, and/or laws.

11

**DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT**

**SIXTEENTH AFFIRMATIVE DEFENSE**

113.    Defendant exercised reasonable care to prevent and correct promptly any alleged unlawful or discriminatory behavior, and Plaintiff unreasonably failed or refused to take advantage of any accommodations and/or any preventative or corrective opportunities provided by Defendant to avoid harm to Plaintiff, if any occurred.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

114.    Plaintiff is barred from recovering under the Complaint, in whole or in part, because the relief requested would cause undue burden and/or hardship to Defendant.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

115.    Plaintiff is barred from recovering under the Complaint, in whole or in part, because Defendant have made/or continue to make reasonable accommodations.

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendant prays that:

1.    That Plaintiff takes and haves nothing by way of its Complaint on file herein;

2.    That Judgment be entered in favor of Defendant on the Complaint;

3.    That Defendants be awarded costs of suit incurred herein;

4.    That Defendants be awarded attorneys' fees incurred herein if allowed; and

5.    For such other and further legal and equitable relief as the court deems just and proper.

DATED: August 11, 2011                    HAMBURG, KARIC, EDWARDS & MARTIN LLP


By: ____/S/_____
        GREGG A. MARTIN, ESQ.
        DAVID M. ALMARAZ, ESQ.
        Attorneys for Defendant

DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT